IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SECURITY FIRST INSURANCE COMPANY,

      Appellant,

 v.                                                                                           Case No.  5D17-450

WAYNE KILE,

      Appellee.

_____/

Opinion filed December 19, 2017

Appeal from the Circuit Court
for Brevard County,
Charles J. Roberts, Judge.

Steven G. Schwartz, of Schwartz Law
Group, Boca Raton, for Appellant.

Matthew G. Struble and Christine M. Deis,
of Struble, P.A., Fort Lauderdale, for
Appellee.


PER CURIAM.

      AFFIRMED.  *See Joyce v. Federated Nat'l Ins. Co.*, 42 Fla. L. Weekly S852 (Fla.

Oct. 19, 2017).


EVANDER, EDWARDS and EISNAUGLE, JJ., concur.